# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TIMOTHY LIGUE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:21-CV-894-RLW |
| WASHINGTON COUNTY SHERIFF DEPARTMENT, | ) ) ) ) |
| Defendant. | ) ) |

## MEMORANDUM AND ORDER

This matter is before the Court on review of self-represented plaintiff Timothy Ligue's prisoner civil rights complaint. The complaint is defective because it has not been drafted on a Court-provided form. *See* Local Rule 2.06(A). Also, plaintiff has not paid the filing fee or submitted an application to proceed without prepaying fees or costs. *See* 28 U.S.C. § 1915(a).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail to plaintiff a copy of the Court's form Prisoner Civil Rights Complaint and an Application To Proceed in District Court Without Prepaying Fees or Costs.

**IT IS FURTHER ORDERED** that plaintiff must file an amended complaint on the Court-provided form by **September 28, 2021**. Plaintiff is advised that his amended complaint will take the place of his original complaint and will be the only pleading that this Court will review.

**IT IS FURTHER ORDERED** that plaintiff must either pay the $402 filing fee or submit the application to proceed without prepaying fees or costs by **September 28, 2021**.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply fully and timely with this Order, the Court may dismiss this action without prejudice and without further notice.

Dated this 7th day of September, 2021.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**